KATHLEEN A. LEAVITT  E-FILED 08/10/2009
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

| | |
|---|---|
| IN RE:<br>RHYNA A WOODBURY<br><br>**Debtor**<br>**Attorney for Debtor:**<br>   HAINES & KRIEGER L.L.C. | CASE NO: BKS-08-24766-MKN<br><br>**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION** |

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no plan provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before September 09, 2009. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution . No further Order of the Court will be entered in the absence of any objection to this notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that funds provided to be paid to a creditor through the Chapter 13 Plan but for which no Proof of Claim has been filed will be forwarded to the Clerk of U. S. Bankruptcy Court, District of Nevada, as unclaimed funds.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution.  This plan proposes that the Debtor pay a Base Amount (a specific dollar amount) to the Plan.  The exact percentage of distribution to unsecured non-priority claims will depend upon all claims filed and allowed in this case.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

|  |  | Page 2 of 3 |
|---|---|---|
| RHYNA A WOODBURY |  | BKS-08-24766-MKN |

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **AMERICAS SERVICING COMPANY**<br>ONE HOME CAMPUS<br>MAC# X2302-045<br>DES MOINES, IA  50328 | $12,225.33<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00003 / COURT CLAIM # 6** | MORTGAGE ARREARS<br><br>EXACTLY 100.00% TO BE PAID | XXXXXXXXXXXXXX9070 |
| **ROUNDUP FUNDING LLC**<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA  98111-9221 | $1,139.18<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00005 / COURT CLAIM # 8** | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 8029 |
| **ECAST SETTLEMENT CORPORATION**<br>**ASSIGNEE OF**<br>CAPITAL ONE BANK<br>PO BOX 35480<br>NEWARK, NJ  07193-5480 | $1,627.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00007 / COURT CLAIM # 7** | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 9427 |
| **Capital 1 Bank**<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA  30091 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00008 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX1413 |
| **CHECK CITY**<br>6378 W LAKE MEAD<br>LAS VEGAS, NV  89108 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00010 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| **HSBC AUTO FINANCE**<br>(F/K/A HOUSEHOLD AUTO FINANCE)<br>PO BOX 60130<br>CITY OF INDUSTRY, CA  91716 | $27,024.05<br>AT 15.79% INT<br>FROM<br>**TRUSTEE CLAIM# 00015 / COURT CLAIM # 1** | VEHICLE DIRECT<br><br>Paid direct by Debtor 100.00% TO BE PAID | XXXXXXX4065 |
| **PRA RECEIVABLES MANAGEMENT LLC**<br>**AS AGENT FOR**<br>HOUSEHOLD FINANCE CORPORATION OF NEVADA<br>P O BOX 12907 | $7,767.35<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00017 / COURT CLAIM # 9** | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 6722 |
| **MONEYTREE INC**<br>P O BOX 58363<br>SEATTLE, WA  98138 | $607.50<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00022 / COURT CLAIM # 5** | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 5313 |
| **Netbank Inc**<br>Po Box 60<br>St Cloud, MN  56302 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00023 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXX1182 |
| **New Century Mortgage C**<br>210 Commerce<br>Irvine, CA  92602 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00024 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX5184 |
| **SALLIE MAE INC ON BEHALF UNITED**<br>**STUDENT AID FUNDS**<br>C/O SALLIE MAE GUARANTEE SERVICES INC (USAF)<br>ATTN: DEPOSIT OPERATIONS | $4,277.83<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00025 / COURT CLAIM # 4** | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 5313 |

Page 3 of 3
RHYNA A WOODBURY
BKS-08-24766-MKN

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **Sun Loan**<br>1600 N Nellis Blvd Ste 1<br>Las Vegas, NV  89115 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 231 |
| | **TRUSTEE CLAIM# 00026 / COURT CLAIM #** | | |
| **WELLS FARGO BANK NA**<br>WELLS FARGO AUTO FINANCE<br>ATTN: MAC F6582-034<br>PO BOX 500<br>CHESTER, PA  19013 | $6,389.91<br>AT 15.99% INT<br>FROM | VEHICLE DIRECT<br><br>Paid direct by Debtor 100.00% TO BE PAID | XXXXX9001 |
| | **TRUSTEE CLAIM# 00027 / COURT CLAIM # 3** | | |
| **WELLS FARGO**<br>PO BOX 29704<br>PHOENIX, AZ  85038 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00028 / COURT CLAIM #** | | |
| **Wfs Financial/Wachovia Dealer Services**<br>Po Box 19657<br>Irvine, CA  92623 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX3015 |
| | **TRUSTEE CLAIM# 00029 / COURT CLAIM #** | | |
| **AMERICAS SERVICING COMPANY**<br>ONE HOME CAMPUS<br>MAC# X2302-045<br>DES MOINES, IA  50328 | $217,125.11<br>AT 0.00% INT<br>FROM | MORTGAGE DIRECT<br><br>Paid direct by Debtor 100.00% TO BE PAID | XXXXXXXXXXXXXXX9070 |
| | **TRUSTEE CLAIM# 00034 / COURT CLAIM # 6** | | |

Dated: 8/10/2009

/s/ ESTHER CARR

for Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee