

Entered on Docket
November 16, 2009

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

---

George Haines, Esq.
Nevada Bar No.: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Rhyna A. Woodbury

E-FILED: November 3, 2009

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In Re:

**Rhyna A. Woodbury**,

  Debtor(s).

) Case No. BKS-08-24766-MKN
) Chapter 13
)
)
)
) Hearing Date:  October 8, 2009
) Hearing Time:  2:30 P.M.
)
)
)
)

### ORDER ON DEBTOR'S MOTION TO PERMIT MODIFICATION OF HOME LOAN

THE ABOVE MATTER having been heard at the time and date above:

/./././

- 1 -

**IT IS ORDERED THAT** the debtor's motion to approve a modification with AMERICA'S SERVICING COMPANY for a property owned by the Debtor located at 5209 El Castano Avenue, Las Vegas, NV, 89108 is hereby **APPROVED**.

DATED November 3, 2009

HAINES & KRIEGER, L.L.C.

By:    /s/George Haines, Esq.
George Haines, Esq.
Attorney for Debtor(s)

Approved by: _____
Kathleen Leavitt
Chapter 13 Trustee

### ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED: Kathleen Leavitt

DISAPPROVED:

FAILED TO RESPOND:

###